UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 21-cv-20028-MGC

WINDY LUCIUS,

    Plaintiff,

v.

ITALIANTOUCH USA INC. d/b/a ROGER VIVIER,

    Defendant.

_____/

### NOTICE OF SETTLEMENT

Plaintiff WINDY LUCIUS ("Plaintiff") respectfully submits this Notice of Settlement, and informs the Court as follows:

1. Plaintiff has reached an agreement with Defendant ITALIANTOUCH USA INC. d/b/a ROGER VIVIER ("Defendant") to resolve the claims against it.

2. The parties are in the process of finalizing a confidential settlement agreement and will be filing a settlement documents with the Court within sixty (60) days.

    Respectfully submitted,

    */s/ J. Courtney Cunningham*
    J. Courtney Cunningham, Esq.
    J. COURTNEY CUNNINGHAM, PLLC
    FBN: 628166
    8950 SW 74th Court, Suite 2201
    Miami, FL 33156
    T:  305-351-2014
    cc@cunninghampllc.com

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 22, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

*/s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.